### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:22-cv-0788-EGS |
| | * |
| PAPARDELLE 1068 INC. | * |
| d/b/a RISTORANTE PICCOLO, | * |
| | * |
| Defendant. | * |

### CONSENT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Byron Breeze, Jr., an individual ("Plaintiff"), and Defendant PAPARDELLE 1068 INC. d/b/a/ RISTORANTE PICCOLO ("Defendant") by and through undersigned counsel, hereby file this Consent Motion to Stay All Deadlines and Notice of Settlement (the "Consent Motion"), and in support thereof state as follows:

1. All matters in controversy between Plaintiff and Defendant have been settled, in principle. The parties are in the process of finalizing the terms of a written settlement agreement and wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expenses.

2. The parties anticipate they will be able to finalize the written settlement agreement and submit dismissal papers within approximately 30 days.

3. Accordingly, Plaintiff and Defendant jointly and respectfully request that this Court grant a stay of the proceedings between them, including all deadlines, until June 10, 2022.

4. The parties submit that good cause exists for granting this Consent Motion and that it is not being filed for purposes of delay, but so that justice may be served.

5. A proposed order is attached hereto.

Wherefore, Byron Breeze, Jr. and PAPARDELLE 1068 INC. d/b/a/ RISTORANTE PICCOLO respectfully request that the Court enter the proposed order submitted with this Consent Motion and grant the parties such other and further relief to which they are entitled.

Dated:  May 10, 2022

        BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:     (516) 279-1554
Fax:    (516) 213-0339

By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.
D.C. Bar No. 1657407
eb@bashpaplaw.com

*Copies to: All parties of record*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Consent Motion to Stay All Deadlines and Notice of Settlement* was sent, via the Court's ECF system, this 10th day of May, 2022 to:

D. Michelle Douglas, Esq.
Kalbian Hagerty LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
Phone: (202) 223-5600
Fax: (202) 223-6625
Email: mdouglas@kalbianhagerty.com

By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.