UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------X

BYRON BREEZE, JR.,

        Plaintiff,

        v.

CASE NO.: 1:22-cv-00788-EGS

PAPARDELLE 1068 INC.
d/b/a RISTORANTE PICCOLO,

        Defendants.

---------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to this entire action.

Dated this 5th [22nd struck through] day of May, 2022.

| | |
|---|---|
| BASHIAN & PAPANTONIOU, P.C. | KALBIAN HAGERTY LLP |
| By: *Erik Bashian* | By: *D. Michelle Douglas* |
| Erik M. Bashian, Esq. | D. Michelle Douglas, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 500 Old Country Road, Suite 302 | 888 17th Street, N.W., Suite 1200 |
| Garden City, NY 11530 | Washington, DC 20006 |
| Email: eb@bashpaplaw.com | Email: mdouglas@kalbianhagerty.com |
| (516) 279-1554 | (202) 223-5600 |